**CANDIS MITCHELL**
California State Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Candis_Mitchell@fd.org

Attorneys for Mr. Martinez-Lucas

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                           )<br>            Plaintiff,                             )<br>                                                           )<br>v.                                                       )<br>                                                           )<br>**JOSE MARTINEZ-LUCAS,**            )<br>                                                           )<br>            Defendant.                         )<br>                                                           ) | Case No. 08MJ1646-JMA<br><br>**NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                                      Respectfully submitted,

Dated: June 2, 2008                              /s/  *Candis Mitchell*
                                                                      **CANDIS L. MITCHELL**
                                                                      Federal Defenders of San Diego, Inc.
                                                                      Attorneys for Mr. Martinez-Lucas
                                                                      Candis_Mitchell@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  June 2, 2008                               /s/ Candis Mitchell
                                                   **CANDIS L. MITCHELL**
                                                   Federal Defenders of San Diego, Inc.
                                                   225 Broadway, Suite 900
                                                   San Diego, CA  92101-5030
                                                   (619) 234-8467  (tel)
                                                   (619) 687-2666  (fax)
                                                   Candis_Mitchell@fd.org